**No. 60131.**—Barclay Clover, Inc., et al. *v.* United States, protests 258544–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JULY 26, 1956

**No. 60132.**—Juan A. Vega *v.* United States, protest 262277–K (San Juan, P. R.).

Opinion by EKWALL, J. When this case was called for trial, the protest was submitted upon all the official papers. An examination of the record disclosed that the appraiser's report, in answer to a request for information sent to him by the acting deputy collector, showed that the examiner had advised the importer of possible changes in rates, but that plaintiff did not pay attention. No evidence was adduced by the plaintiff to refute the report. Plaintiff apparently questioning the timeliness of the notice of advance and not the correctness of the rates of duty, the protest was overruled, the court finding no evidence to support plaintiff's claim.

**No. 60133.**—John V. Carr & Son, Inc. *v.* United States, protest 272385–K (Detroit).

Opinion by EKWALL, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.